IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA M. ARCHIBALD,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>Defendant. | 8:19-CV-313<br><br>MEMORANDUM AND ORDER |

This matter is before the Court upon the plaintiff's Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Filing 21. The defendant does not object to the plaintiff's requested fees and expenses in the amount of $2,895.05 (filing 21-2); which represents 13.5 hours of work in 2019 at a rate of $205.25 per hour, and 0.6 hours of work in 2020 at a rate of $206.96 per hour.[1] Filing 22.

The Court has determined that the plaintiff was the prevailing party in this action, as the Commissioner's decision was reversed and the case remanded to the Commissioner for further proceedings; that the application for fees was filed in a timely fashion;[2] and that the position of the

---

[1] The maximum hourly fee of $125 specified in 28 U.S.C. § 2412(d)(1)(D)(2)(A) was adjusted to account for inflation. See filing 22-1 at 2-3.

[2] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. See *Pottsmith v. Barnhart,* 306 F.3d 526, 527-28 (8th Cir.

Commissioner was not substantially justified because the administrative law judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan*, 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

IT IS ORDERED:

1. The plaintiff's Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 21) is granted.

2. By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees of $2,895.05.

Dated this 8th day of June, 2020.

BY THE COURT:

*(signature)*

John M. Gerrard
Chief United States District Judge

---

2002); *see also Shalala v. Schaefer,* 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-97 (1991).