IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA M. ARCHIBALD, | 8:19-CV-313 |
| Plaintiff, | |
| vs. | JUDGMENT |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to the memorandum and order entered this date, judgment is entered for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and expenses in the amount of $2,895.05.

Dated this 8th day of June, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge